IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:18-CV-00072-D

| | |
|---|---|
| **HOWARD DUDLEY,**<br>**Plaintiff,**<br>V.<br>**CITY OF KINSTON and A.N. GREENE,**<br>**in his individual capacity,**<br>**Defendants.** | **ORDER REGARDING CONSENT**<br>**MOTION FOR RELEASE OF RECORDS** |

This matter is before the Court on the parties' Consent Motion for Release of Guardian ad Litem Records (Doc. No. 35). The Court finds that the parties have presented good cause in their Consent Motion for the release of the requested records.

IT IS THEREFORE ORDERED that the parties' Consent Motion for Release of Guardian ad Litem Records (Doc No. 35) is GRANTED and that George Jenkins, attorney for the Guardian ad Litem, shall release the requested Guardian ad Litem records to the parties within fourteen (14) days of the entry of this Order.

SO ORDERED. This 20 day of June, 2019.

JAMES C. DEVER III
United States District Judge