IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:18-CV-00072-D

| | |
|---|---|
| **Howard Dudley**, <br><br> Plaintiff, <br><br> v. <br><br> **City of Kinston**, et al., <br><br> Defendants. | **Order** |

     Defendants and District Attorney Matt Delbridge have represented to the court that they have resolved their dispute over Defendants' third-party subpoena to Delbridge and no longer need the court's intervention. D.E. 51. Therefore, the court denies Kinston's Motion to Compel Compliance with Subpoena directed to Nonparty 8th Judicial District Attorney Matt Delbridge, D.E. 38, without prejudice.

Dated: July 30, 2019

_____
Robert T. Numbers, II
United States Magistrate Judge