IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL NO.: 4:18-CV-00072-D

| | |
|---|---|
| HOWARD DUDLEY<br><br>Plaintiff,<br><br>v.<br><br>CITY OF KINSTON and A.N. GREENE, in his individual capacity,<br><br>Defendants. | ORDER ON<br>CONSENT MOTION FOR RELEASE<br>OF RECORDS |

Pending before the Court is the Consent Motion for Release of Records, (D.E. 63). Upon a review of the record and the parties' motion, the Court **GRANTS** the motion (D.E. 63) and enters this Order as follows:

The North Carolina Department of Public Safety shall provide a full copy of all prison records for Howard Denice Dudley, Inmate number 0112936, for the time period April, 1992 – March, 2016, to the law firms of Rudolf Widenhouse, 225 East Worthington Avenue, Suite 100, Charlotte, North Carolina 28203 and Martineau King, 8701 Red Oak Blvd., Suite 100, Charlotte, North Carolina 28217.

SO ORDERED. This 7 day of December, 2019.

James C. Dever III United
States District Judge