IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:18-CV-00072-D

**Howard Dudley**,

    Plaintiff,

v.

**City of Kinston & A.N. Greene**, in his individual capacity,

    Defendants.

**Order**

  Defendants have filed three motions (D.E. 92, 97, and 103) asking the court to strike various filings because they do not comply with the court's local rules on page limits. Having reviewed the allegedly offending filings, the court orders as follows:

  1. The court grants Defendants' Motion to Strike Amy Moore's Response in Opposition to Defendants' Motion to Compel Deposition Testimony and Request for Attorneys Fees (D.E. 92). Moore's Response (D.E. 90) does not comply with the length requirements in the Local Rules and is stricken from the record. Moore may file an amended response that complies with the Local Rules within seven days from the date of entry of this order.

  2. The court grants Defendants' Motion to Strike Amy Moore's Motion for Protective Order (D.E. 97). Moore's Motion (D.E. 87) does not comply with the length requirements in the Local Rules and is stricken from the record. Moore may file an amended motion that complies with the Local Rules within seven days from the date of entry of this order. If Defendants believe that new matters have been raised in the amended

motion, they may file a response within seven days from the date Moore files the amended motion.

       3.       The court grants Defendants' Motion to Strike Plaintiff's Corrected Motion for Protective Order to Limit Deposition of Amy Moore (D.E. 103) in part and denies it in part. The Corrected Motion (D.E. 89) does not comply with the length requirements in Local Rules because of the language in Paragraph 1 that adopt and incorporates Moore's original Motion for Protective Order (D.E. 87) by reference. The court strikes Paragraph 1 of the Corrected Motion. It will consider the Corrected Motion without that paragraph.

The court admonishes all counsel that they should review the court's Local Civil Rules as well as the court's Electronic Case Filing Administrative Policies and Procedures Manual. Future filings should comply with both documents.

Dated: September 15, 2020

_____
Robert T. Numbers, II
United States Magistrate Judge

2

Case 4:18-cv-00072-D   Document 107   Filed 09/16/20   Page 2 of 2