IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:18-CV-72-D

| | |
|---|---|
| HOWARD DUDLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ) | |
| CITY OF KINSTON, and ) | |
| ANTHONY GREENE, ) | |
| ) | |
| Defendants. ) | |

On September 18, 2020, Magistrate Judge Numbers denied Josiah J. Corrigan's motion to quash a subpoena for documents. See [D.E. 108] 2–3. Production was due on October 2, 2020. See id. at 3. On September 20, 2020, Corrigan filed a conclusory objection to Judge Numbers's order. See [D.E. 113]. Corrigan did not, however, seek to stay Judge Numbers's order. On October 13, 2020, defendants moved to compel compliance [D.E. 130].

The court has reviewed the entire record. The court OVERRULES as baseless Corrigan's objection [D.E.113] and AFFIRMS the order of Judge Numbers. Corrigan SHALL comply with Judge Numbers's order and this order not later than October 20, 2020, including if he wishes, the production of a privilege log. Cf. [D.E. 108] 3. The court expresses no view on whether any privilege claim is timely or valid. See id. at 3 n.1. The court GRANTS plaintiff's motion to intervene [D.E. 131], but DENIES as untimely and meritless plaintiff's motion to stay or for a protective order [D.E. 131]. Defendants' motion to compel compliance [D.E. 130] is GRANTED, and Corrigan's production is due no later than October 20, 2020.

SO ORDERED. This 15 day of October 2020.

                                                           JAMES C. DEVER III
                                                         United States District Judge