UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO. 4:18-CV-00072-D

| | |
|---|---|
| HOWARD DUDLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| CITY of KINSTON, and A.N. GREENE, in ) | |
| his individual capacity, ) | |
| ) | |
| Defendants. ) | |

THIS CAUSE is before the undersigned on Third Party County of Lenoir's (hereinafter "Lenoir County") Motion to Seal the Confidential Documents, previously submitted by Defendant City of Kinston (hereinafter "Kinston"), [D.E. 217; D.E. 218; D.E. 219], pursuant to the terms of the controlling Protective Order. [D.E. 58 p. 3 ¶ 5]. Upon consideration of the arguments presented by counsel, the Court finds that Lenoir County's Motion to Seal is warranted, and in the interest of justice, should be granted.

IT IS THEREFORE ORDERED, ADJUDEGED, AND DECREED that the Confidential Documents, [D.E. 217; D.E. 218; D.E. 219], are hereby sealed pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and Rule 79.2 of the Local Civil Rules.

Entered this the 26 day of April, 2021.

BY: _____Dever_____
JAMES DEVER, JUDGE PRESIDING