IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:18-CV-00072-D

| | |
|---|---|
| HOWARD DUDLEY,<br><br>　　　　　　　　　　Plaintiff,<br><br>V.<br><br>CITY OF KINSTON and A.N. GREENE,<br>in his individual capacity,<br><br>　　　　　　　　　　Defendants. | **ORDER GRANTING DEFENDANTS'**<br>**MOTION TO VACATE ORDER** |

This matter is before the Court on Defendants' Motion to Vacate Order [D.E. 280]. For good cause shown, Defendants' Motion to Vacate Order is GRANTED.

It is hereby ordered that this Court's April 30, 2021 order [D.E. 267] is VACATED and Plaintiff Howard Dudley's counsel and witness Amy Moore's counsel are released from their obligations under said order.

SO ORDERED. This _17_ day of August, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　JAMES C. DEVER III
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge